**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **MARSHALL PACKAGING COMPANY, LLC,** <br> Plaintiff, <br><br> v. <br><br> **CG ROXANE LLC, JANA NORTH AMERICA, INC., AND TOPCO HOLDINGS, INC.** <br> Defendants. | § § § § § § § § § § § | **CIVIL ACTION NO. 6:11-cv-427** <br><br> **JURY TRIAL DEMANDED** |

## STIPULATED ORDER OF DIMISSAL

Before the Court is Plaintiff Marshall Packaging Company, LLC's Stipulation of Dismissal of Claims with respect to Jana North America, Inc. After considering the stipulation, the Court hereby dismisses all claims asserted by Plaintiff Marshall Packaging Company, LLC against Jana North America, Inc. with prejudice to refiling same. It is further ORDERED that each party shall bear its own costs.

**So ORDERED and SIGNED this 7th day of November, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**