**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **MARSHALL PACKAGING COMPANY, LLC,**<br>　　　　　Plaintiff,<br><br>v.<br><br>**CG ROXANE LLC, JANA NORTH AMERICA, INC., AND TOPCO HOLDINGS, INC.**<br>　　　　　Defendants. | **CIVIL ACTION NO. 6:11-cv-427**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATED ORDER OF DIMISSAL

Before the Court is Plaintiff Marshall Packaging Company, LLC Stipulation of Dismissal of Claims for CG Roxane LLC. After considering the stipulation, the Court hereby dismisses all claims asserted by Plaintiff Marshall Packaging Company, LLC against CG Roxane LLC with prejudice to refiling same. It is further ORDERED that each party shall bear its own costs.

**So ORDERED and SIGNED this 10th day of November, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**