**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **MARSHALL PACKAGING COMPANY, LLC,** | § § § | |
| Plaintiff, | § | **CIVIL ACTION NO. 6:11-cv-427** |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **CG ROXANE LLC, JANA NORTH AMERICA, INC., AND TOPCO HOLDINGS, INC.** | § § § | |
| Defendants. | § | |

## ORDER OF DIMISSAL

Before the Court is Plaintiff Marshall Packaging Company, LLC's Notice of Voluntary Dismissal of Topco Holdings, Inc. After considering the notice of dismissal, the Court hereby dismisses all claims asserted by Plaintiff Marshall Packaging Company, LLC against Topco Holdings, Inc. without prejudice to refiling same. It is further ORDERED that each party shall bear its own costs.

**So ORDERED and SIGNED this 10th day of November, 2011.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**